IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01499-CMA-KLM

PATRICK ADAMSCHECK,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [#18][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. The Scheduling Order entered on August 20, 2013 [#14] is amended to extend the following deadlines:

- Defendant's Rebuttal Expert Disclosure Deadline — **February 18, 2014**
- Plaintiff's Rebuttal Expert Disclosure Deadline — **March 18, 2014**
- Discovery Deadline — **April 21, 2014**
- Dispositive Motions Deadline — **May 26, 2014**

    Dated: February 4, 2014

---

[1] "[#18]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.