**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01499-CMA-KLM

PATRICK ADAMSCHECK,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a) and the Stipulation for Dismissal With Prejudice (Doc. # 21), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

    DATED:  April __21__, 2014

                                          BY THE COURT:

                                          *Christine M Arguello*

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge